IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

John Dillard ,  )
                )
Plaintiff,      )
                )
v.              )  CASE NO. 2:87-CV-1162-MHT
                )
Bibb County Commission ,  )
                )
Defendants,     )

### CONFLICT DISCLOSURE STATEMENT

COMES NOW Bibb County Commission, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

6/20/2007                            s/ John J. Park, Jr.
Date                                 (Signature)

                                     John J. Park, Jr.
                                     (Counsel's Name)

                                     Bibb County Commission
                                     Counsel for (print names of all parties)
                                     State of Alabama, Office of the Attorney General
                                     11 South Union Street, Montgomery, AL 36130
                                     Address, City, State Zip Code
                                     (334) 242-7300
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, John J. Park, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail & Electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 20th day of June 2007, to:

Bibb County Commission, 157 SW Davidson Drive, Centreville, AL 36042-2277

Clarence T. Hellums, Jr., Post Office Box 188, Centreville, AL 35042

James U. Blacksher, jblacksher@ns.sympatico.ca

Edward Still, docket@votelaw@com; votelaw@bellsouth.net

6/20/2007
Date

S/ John J. Park, Jr.
Signature