IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. |
| | )  2:87-CV-1162-MHT |
| BIBB COUNTY | ) |
| COMMISSION, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the joint motion to show cause (Doc. No. 3), it is ORDERED that the defendant show cause, if any there be, in writing by August 21, 2007, as to why said motion should not be granted as requested.

DONE this 22nd day of June, 2007.

_____
**UNITED STATES DISTRICT JUDGE**