IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:87-CV-1162-MHT |
| BIBB COUNTY COMMISSION, | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

By order entered June 22, 2007, (Doc. No. 4), the defendant Bibb County Commission was ordered to show cause, if any there be, in writing by August 21, 2007, as to why the joint motion to show cause (Doc. No. 3) should not be granted. No response has been filed by defendant.

There being no objection to the motion for final dismissal of this action, and Alabama Act No. 2006-252 having received preclearance, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1)  Said motion to dismiss is GRANTED.

(2)  It is DECLARED as the judgment of this court that Alabama Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the consent decree the court entered on June 10, 1988, providing that the Bibb County Commission consist of five members elected from single-member districts to staggered terms of four years.

(3)  The injunction contained in the prior judgment of the court to the extent it pertains to defendant Bibb County Commission is dissolved, and the judgment is vacated.

(4) All claims against the defendant Bibb County Commission in this action are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this ___ day of August, 2007.

_____
**UNITED STATES DISTRICT JUDGE**

(4) All claims against the defendant Bibb County Commission in this action are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this ___ day of August, 2007.

_____
**UNITED STATES DISTRICT JUDGE**