IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al.,            ) | |
| ) | |
|    Plaintiffs,                   ) | |
| ) | |
|    v.                                      ) | CIVIL ACTION NO. |
| ) | 2:87cv1162-MHT |
| BIBB COUNTY COMMISSION,   ) | |
| ) | |
|    Defendant.                    ) | |

### ORDER

Upon consideration of the joint motion to show cause (Doc. No. 3), it is ORDERED that the defendant show cause, if any there be, in writing by August 21, 2007, as to why said motion should not be granted as requested.

DONE, this the 22nd day of June, 2007.

                                               /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE