IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1162-MHT |
| BIBB COUNTY COMMISSION, | ) | (WO) |
| | ) | |
| Defendant. | ) | |

### FINAL JUDGMENT

Pursuant to the joint motion to show cause as to why this case should not be dismissed (Doc. No. 3), an order was entered on June 22, 2007 (Doc. No. 4), directing defendant Bibb County Commission to show cause, if any there be, in writing by August 21, 2007, as to why said motion should not be granted. No response has been filed by defendant.

There being no objection to the show-cause order and the final dismissal of this action, and Alabama Act No.

2006-252 having received preclearance, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to show cause as to why this case should not be dismissed (Doc. No. 3) is granted.

(2) It is DECLARED as the judgment of this court that Alabama Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the consent decree the court entered on June 10, 1988, providing that the Bibb County Commission consist of five members elected from single-member districts with staggered terms of four years.

(3) The injunction contained in the prior judgment of the court to the extent it pertains to defendant Bibb County Commission is dissolved, and the judgment is vacated.

(4) All claims against defendant Bibb County Commission in this action are dismissed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 23rd day of August, 2007.**

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**